## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BERT HUDSON, | : No. 17 WAP 2023 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered |
| | : August 30, 2023 at No. 264 MD |
| v. | : 2021 |
| | : |
| | : |
| PENNSYLVANIA BOARD OF PROBATION | : |
| AND PAROLE, | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 25th day of April, 2024, the order of the Commonwealth Court is

**AFFIRMED**.